# UNITED STATES DISTRICT COURT

for the

Middle ____ District of North Carolina

_____ Division

Case No. _____
*(to be filled in by the Clerk's Office)*

ZANNIE JAY LOTHARP

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

NICOLE R. DUPRE

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | .ZANNIE JAY LOTHARP |
| Street Address | 696 MUCKERMAN ROAD |
| City and County | BENNETTSVILLE, |
| State and Zip Code | SOUTH CAROLINA    29512 |
| Telephone Number | N/A |
| E-mail Address | N/A |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

23751153

04/10/2023

By:

Defendant No. 1

| | |
|---|---|
| Name | NICOLE R. DUPRE |
| Job or Title *(if known)* | ASSISTANT UNITED STATES ATTORNEY |
| Street Address | 101 SOUTH EDGEWORTH STREET, 4th FLOOR |
| City and County | GREENSBORO, GUILFORD |
| State and Zip Code | NORTH CAROLINA 27401 |
| Telephone Number | (336) 332-6315 |
| E-mail Address *(if known)* | Nicole.Dupre@usdoj.gov |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

237511153

Zannie Cothorp 07/10/2023

By. Zanny.

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*  ZANNIE JAY LOTHARP  , is a citizen of the

State of *(name)*  NORTH CAROLINA  .

2.    If the plaintiff is a corporation

The plaintiff, *(name)*  , is incorporated

under the laws of the State of *(name)*  ,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)*  NICOLE R. DUPRE  , is a citizen of

the State of *(name)*  . Or is a citizen of

*(foreign nation)*  UNITED STATES  .

2.    If the defendant is a corporation

The defendant, *(name)*  , is incorporated under

the laws of the State of *(name)*  , and has its

principal place of business in the State of *(name)*  .

Or is incorporated under the laws of *(foreign nation)*  ,

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

The defendant agreed that her and her agency had no capacity to pursue collection and further collection efforts confirmed her agree-ment that her and her agency, collectively and severally owe ZANNIE JAY LOTHARP four-million ($4,000,000.00) United States Dollars ( see Exibits H and J).

237511153

04/10/2023

Landan Lothian

By: Zun J. Lou

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* NICOLE R. DUPRE , owes the plaintiff *(specify the amount)* $ 4,000,000.00 , because *(use one or more of the following, as appropriate)*:

A. **On a Promissory Note**

On *(date)* , the defendant signed and delivered a note promising to pay the plaintiff on *(date)* the sum of *(specify the amount)* $ with interest at the rate of *(specify the amount)* percent. The defendant has not paid the amount due and owes *(state the amount of unpaid principal and interest)* $ . A copy of the note is attached as an exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

B. **On an Account Between the Parties**

The defendant owes the plaintiff *(specify the amount)* $ . This debt arises from an account between the parties, based on *(state the basis, such as an agreement between a credit-card company and a credit-card holder)*

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes *(specify the amount)* $ . Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*

Page 4 of 6

Case 1:23-cv-00576-LCB-LPA    Document 2    Filed 07/12/23    Page 7 of 84

2345111523

**C.** **For Goods Sold and Delivered**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for goods sold and delivered

by the plaintiff to the defendant from *(date)* _____ to *(date)* _____ .

**D.** **For Money Loaned**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for money the plaintiff loaned

the defendant on *(date)* _____ .

**E.** **For Money Paid by Mistake**

The defendant owes the plaintiff *(specify the amount)* $ _____ for money paid by mistake to

the defendant on *(date)* _____ , when the defendant received the payment from *(specify who*

*paid and describe the circumstances of the payment)*

**F.** **For Money Had and Received**

The defendant was paid money *(specify the amount)* $ 4,000,000.00 on *(date)* 05/31/2020 by

*(identify who paid and describe the circumstances of the payment)* The Plaintiff mailing payment

to the Defendant via United States Post Office, Registered Mail

Article No. RE 334 884 771 US, Return Receipt Requested, with an

— Affidavit of Mailing attached (see Exhibits A-E).

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as*

*that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a*

*deposit to be returned)* There was no consideration given for the money paid.

Title to money did not pass by contract, for there was none; and

the duress shows that there was no voluntary gift.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

1) Plaintiff requests judicial review of his administrative process
and remedy.
2) Plaintiff requests this court to find the facts and execute on the
law of the contract before this court.
3) Plaintiff requests summary judgement on his administrative remedy.
4) Plaintiff requests the court to order Defendant to pay the sum
certain $4,000,000.00 USD over to Plaintiff.
5) Plaintiff requests the court to release the Order of the Court to
ZANNIE JAY LOTHARP.

237511153

Zannie J. Lotharp

04/10/2023

FOREVER / USA

By: Zann J.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        July 10, 2023

Signature of Plaintiff        ZANNIE  JAY  LOTHARP

Printed Name of Plaintiff        ZANNIE  JAY  LOTHARP

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney        _____

Bar Number        _____

Name of Law Firm        _____

Street Address        _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address        _____

237511153

07/10/2023

Lannie Lothian

By:

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ZANNIE JAY LOTHARP | NICOLE R. DUPRE |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question *(U.S. Government Not a Party)*

☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability — Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & — ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander — Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' — Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability — ☐ 368 Asbestos Personal Injury Product | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine — Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability — **PERSONAL PROPERTY** | | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle — ☐ 370 Other Fraud | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle — ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | Product Liability — ☐ 380 Other Personal | ☐ 720 Labor/Management Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 360 Other Personal — Property Damage | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | Injury — ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury - — Product Liability | ☐ 751 Family and Medical Leave Act | | ☐ 895 Freedom of Information Act |
| | Medical Malpractice | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights — Habeas Corpus: | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 220 Foreclosure | ☐ 441 Voting — ☐ 463 Alien Detainee | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment — ☐ 510 Motions to Vacate | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ — Sentence | | | |
| ☐ 245 Tort Product Liability | Accommodations — ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - — ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment — ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - — ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | Other — ☐ 555 Prison Condition | | | |
| | ☐ 448 Education — ☐ 560 Civil Detainee - | | | |
| | Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 U.S.C. 1332

Brief description of cause: Diversity of Citizenship

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $4,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE THOMAS D. SHROEDER    DOCKET NUMBER 1:19 CR 448

DATE July 10, 2023

SIGNATURE OF ATTORNEY OF RECORD
ZANNIE JAY LOTHARP

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

237511153

07/10/2023

By:

"Exhibit-A"

23751153

05/14/2020

DIRECT RESPONSE TO:
Kristy Nhia Vue Lee-Thao, Notary Public
204 W. North Street
Albemarle, NC 28001

By: Zannie J. Thao

Witness for: Zannie J. Lotharp, Transferee

TO:
Nicole R. Dupree, Transferor
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401

"COPY"

Date: 05/14/2020

RE: Complaint (Indictment(s)) on Case No.(s)
1:19 CR 448-1 & 1:19 CR 448-2.

## Notice of Acceptance

Please be advised that I have accepted
your presentments (Indictments) to
ZANNIE JAY LOTHARP, one (1) dated
08/26/2019 and the other one (1) dated
01/31/2020 along with several other
additional documents enclosed, for ASSESSED
value, have ENDORSED all with a banker's
Acceptance, and I am hereby returning
them to you in exchange for closure and
settlement of Account Numbers: 1:19CR448-1
& 1:19CR448-2. Please send the confirm-
ation that the account for Case No.(s) 1:19CR448-1
& 1:19CR448-2 has been Adjusted and

Pg. 1 of 3
Notice of Acceptance

settled, to the address shown above or send a "Notice of Dishonor" from a qualified Third Party.

I am also enclosing an Authorization for you to facilitate the use of my credit to discharge all Court Charges that may apply. The Instructions and statements of Account are attached for your convenience. Steven T. Mnuchin is also being notified that I am using my credit for this purpose.

Your refusal to send the confirmation or Notice of Dishonor will in no way negate this settlement and will be your agreement that you and your Agency have no capacity to pursue collection. Further collection efforts confirm your agreement that you and your Agency, collectively and severally owe ZANNIE JAY LOTHARP $4,000,000.00 USD and that ZANNIE JAY LOTHARP may take all necessary steps to secure its claim to the debt owed to it and to collect.

Pg. 2 of 3
Notice Of Acceptance

THANK you for your immediate Attention
to this matter.

Sincerely,

By: Zannie J. Lotharp-Agent

⚕ NOTICE TO AGENT IS NOTICE TO PRINCIPAL
⚕ NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Pg. 3 of 3
Notice of Acceptance

"Exhibit - B"

FILED
IN THIS OFFICE
AUG 2 6 2019
Clerk U.S. District Court
Greensboro, NC
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

ZANNIE JAY LOTHARP

SHONTEYA CHRISTINA HARRIS

1:19CR446-1
1:19CR446-3

The Grand Jury charges:

COUNT ONE

From on or about October 10, 2018, continuing up to and including the present, the exact dates to the Grand Jurors unknown, in the County of Stanly, in the Middle District of North Carolina, and elsewhere, ZANNIE JAY LOTHARP, SHONTEYA CHRISTINA HARRIS, and other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate, and agree together and with each other to commit offenses against the laws of the United States, that is:

1. To knowingly, intentionally, and unlawfully distribute quantities of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1).

"COPY"

2379511153

Vanessa Lothard

05/14/2020

FOREVER / USA

By: _____

2. To knowingly, intentionally, and unlawfully distribute quantities of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

On or about October 19, 2018, in the County of Stanly, in the Middle District of North Carolina, ZANNIE JAY LOTHARP and SHONTEYA CHRISTINA HARRIS knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about January 23, 2019, in the County of Stanly, in the Middle District of North Carolina, ZANNIE JAY LOTHARP knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance

2

237511153

Lanna_____tharp

05/14/2020

FOREVER / USA

By: _____

within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT FOUR

On or about February 7, 2019, in the County of Stanly, in the Middle District of North Carolina, ZANNIE JAY LOTHARP and SHONTEYA CHRISTINA HARRIS knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

DATED: August 26, 2019

MATTHEW G.T. MARTIN
United States Attorney

BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

███████████

FOREPERSON

3

237511153

05/14/2020

FOREVER / USA

By:

"Exhibit - C"

# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA    :    **SUPERSEDING**

    :

v.    :

ZANNIE JAY LOTHARP    :    1:19CR448-1
Shonteya Christina Harris    :    1:19CR448-2

The Grand Jury charges:

## COUNT ONE

From on or about October 19, 2018, continuing up to and including the present, the exact dates to the Grand Jurors unknown, in the County of Stanly, in the Middle District of North Carolina, and elsewhere, ZANNIE JAY LOTHARP, Shonteya Christina Harris, and divers other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate, and agree together and with each other to commit offenses against the laws of the United States:

1. To knowingly, intentionally, and unlawfully distribute quantities of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1).

237511153

05/14/2020

By:

2. To knowingly, intentionally, and unlawfully distribute quantities of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

On or about October 19, 2018, in the County of Stanly, in the Middle District of North Carolina, ZANNIE JAY LOTHARP and Shontey Christina Harris knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about January 15, 2019, in the County of Stanly, in the Middle District of North Carolina, ZANNIE JAY LOTHARP knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I

2

237511153

Lānni Othai P    05/14/2020

By: Zinn J. Faith

controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR

On or about January 23, 2019, in the County of Stanly, in the Middle District of North Carolina, ZANNIE JAY LOTHARP knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FIVE

On or about February 7, 2019, in the County of Stanly, in the Middle District of North Carolina, ZANNIE JAY LOTHARP and Shonteya Christina Harris knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance within the meaning of Title 21, United States Code,

3

237511153

FOREVER / USA

05/14/2020

By:

Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and

(b)(1)(C), and Title 18, United States Code, Section 2.

DATED: January 31, 2020

MATTHEW G.T. MARTIN
United States Attorney

BY: NICOLE R. DUPRE
Assistant United States Attorney

BY: TANNER KROEGER
Assistant United States Attorney

A TRUE BILL:



FOREPERSON

4

237511153

05/14/2020

By:

Zannie J. Lotharp
℅ 201 N. Church St.
Winston-Salem, North Carolina [27101]

Nicole R. Dupre
Office of the U.S. Attorney
101 S. Edgeworth St., 4th floor
Greensboro, North Carolina 27401

"COPY"

Date: 05/14/2020

Re: Account No.(s): 1:19CR448-1 & 1:19CR448-2

NOTICE OF PREAUTHORIZED USE OF CREDIT
(Certified Mail No. 7018 1830 0000 2925 1191 - Steve Mnuchin)

Ms. Dupre:

I hereby authorize OFFICE OF THE UNITED STATES ATTORNEY to use my exemption, through the TTL account of Claimant's Bank, to settle the above-referenced account, by adjustment and offset through the undersigned's private Setoff Account, as follows:

Pg. 1 of 2
Preauthorized use of Credit

Credit To The Order of : OFFICE OF THE U.S. ATTORNEY .

Amount : Four Million And No/100 .

For Further Credit To Account No. (S) : 1:19 CR448-1 &
1:19 CR448-2

Debtor : ZANNIE JAY LOTHARP  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 .

Setoff Account No. : 237511153 - 1:19 CR448-1 &
1:19 CR448-2

Registered Bond No. : RF 281 658 541 US
Registered with the Department of the Treasury

Please use my private Set-Off Account for the adjustment
of fees associated with this authorization .

By : _____
Zannie J. Lotharp  Bond No. RF 281 658 541 US

Attachments :
Copy of Presentment(s) (Indictments)

cc : file

Pg. 2 of 2
Preauthorized Use of Credit

"Exhibit - E"

AFFIDAVIT OF MAILING

State of North Carolina )
                        )   ss.
County of Stanly        )   : COPY

I, CARRIE LINDSAY, AM OVER 18 YEARS OF AGE AND NOT A PARTY to the within Action; All post RETURNED will be Accepted At the following by:

Kristy Nhia Vue Lee - Thao, Notary Public
204 W. North Street
Albemarle, NC 28001

ON the 31st day of May, 2020 I, CARRIE LINDSAY, mailed for Zannie J. Lotharp ONE copy of the following:

1) Notice of Acceptance - 3 pages
2) Accepted Attachments (Indictment, Superseding Indictment, Factual Basis, And Jury Verdict) - 14 pages
3) Preauthorized Use of Credit - 2 pages
4) Bonded Promissory Note - 2 pages
5) Statement of Account - 2 pages

to Nicole B. Dupre with specific instructions noted within the ENclosed document(s) And this

Pg. 1 of 2 - Affidavit of Mailing

Affidavit of Mailing that all responses are to be mailed back to and through Kristy Nhia Vue Lee - Thao, Notary Public.

There was a total of twenty-three (23) pages mailed herewith, including all Attachments (not including this Affidavit of Mailing) by USPO Registered Mail No. RE 334 884 771 US Return Receipt requested, in a sealed envelope with postage pre-paid, properly addressed as follows:

Nicole B. Dupre
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401

I Declare under penalties of perjury under the laws of the State of North Carolina that the above is True, Correct, and Complete, and that this Affidavit of Service was executed on the 31st day of May, 2020 at 204 W. North St., Albemarle, North Carolina.

By: Carrie Lindsay
CARRIE LINDSAY - Autograph

Kristy Nhia Vue Lee - Thao, Notary Public
Notary Public in and for said State of North Carolina
My Commission expires: 1 / 17 / 2023

Pg. 2 of 2 - Affidavit of Mailing

"Exhibit - F"

# AFFIDAVIT OF MAILING

State of North Carolina )
)  ss.
County of Stanly )

COPY

I am over 18 years of age and not a party to the within action; my business address is:

Kristy Nhia Vue Lee-Thao, Notary Public
204 W. North Street
Albemarle, NC 28001

On the 31st day of May, 2020 CARRIE Nichelle Lindsay mailed for Zannie J. Lotharp one copy of the following:

1) Letter of Credit -
2) Copy of Notice of Acceptance -
3) Copy of Preauthorized Use of Credit -
4) Copy of Bonded Promissory Note -
5) Copy of Statement of Account -
6) Copy of Accepted Attachments (Indictment, Superseding Indictment, Factual Basis, & Jury Verdict) - 14 pages

a total of Twenty-Five (25) pages mailed here -

Pg. 1 of 2
Affidavit of Mailing - Steve

with, including All Attachments (Not including this Affidavit of Mailing) by U.S.P.S. Certified Mail No. 7018 1830 0000 2925 1191 Return Receipt Requested, in a sealed envelope with postage pre-paid, properly addressed to Steve Mnuchin as follows:

Steve Mnuchin, Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

I Declare under penalties of perjury under the laws of the State of North Carolina that the above is True, Correct, and Complete, and that this Affidavit of Service was executed on the 31st day of May, 2020 At Albemarle, North Carolina.

Carrie Nichelle Lindsay (Autograph)
Carrie Nichelle Lindsay

_____ (Seal)
Kristy Nhia Vue Lee-Thao, Notary Public
Notary Public in and said State of North Carolina
My Commission Expires: 1 / 17 / 2023

Pg. 2 of 2
Affidavit of Mailing - Steve

# AFFIDAVIT OF MAILING

State of North Carolina )

                             ) SS.

County of Stanly )

"COPY"

I AM OVER 18 YEARS OF AGE AND NOT A PARTY to the within action:

CARRIE Nichelle Lindsay
c/o 820 Mill Street
Albemarle, North Carolina [28001]

ON the ___9___ day of June, 2020 I mailed one copy of the following:

1) Notice of Default and Opportunity To Cure - 3 pages
2) Copy of Notice of Acceptance - 3 pages
3) Copy of Preauthorized Use of Credit - 2 pages
4) Copy of Private Registered Bonded Promissory Note - 2 pages
5) Copy of Statement of Account - 2 pages
6) Copy of Accepted Attachments (Indictment, Superseding Indictment, Factual Basis, and Jury Verdict) - 14 pages

a total of Twenty - Six (26) pages mailed

Pg. 1 of 2
Affidavit of Mailing

herewith, including all attachments (not including this Affidavit of Mailing.) by U.S.P.S. Certified Mail No. 7017 3040 0000 9134 6016 Return Receipt Requested, in a sealed legal-size envelope with postage pre-paid, properly addressed to Nicole R. Dupre as follows:

Nicole R. Dupre
101 S. Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401

I Declare under penalties of perjury under the laws of the State of North Carolina that the above is true, correct, and complete, and that this Affidavit of Service was executed on June 9, 2020, at Albemarle, North Carolina.

Carrie Nichelle Lindsay (autograph)
Carrie Nichelle Lindsay

Kristy Nhia Vue Lee-Thao, Notary Public
Notary Public in and for said state of North Carolina
My Commission Expires: 1 / 17 / 2023

Pg. 2 of 2
Affidavit of Mailing

"EXHIBIT -H"

# PROTEST

RE: Acceptance by Zannie J. Lotharp of Indictment(s) on Case No. (s) 1:19CR448-1, 1:19CR448-2  ZANNIE JAY LOTHARP

I, Kristy Nhia Vue Lee-Thao, am the Notary who verified Nicole R. Dupre's dishonor of Zannie J. Lotharp's Notice of Acceptance, for ZANNIE JAY LOTHARP. I am also the Notary who verified Nicole R. Dupre's dishonor of CARRIE Nichelle Lindsay's Notice of Default and Opportunity to Cure in reference to Zannie J. Lotharp's Notice of Acceptance, for ZANNIE JAY LOTHARP. In this Certificate of Dishonor pursuant to state law regarding evidence of Dishonor, I certify the following:

On May 31st, 2020 the record shows CARRIE Nichelle Lindsay mailed Zannie J. Lotharp's Notice of Acceptance, for ZANNIE JAY LOTHARP; a preauthorized use of Credit; a Private Registered Bonded Promissory Note; a Statement of Account; and Accepted Attachments (Indictment, Superseding Indictment, Factual Basis, and Verdict) All dated May 14th, 2020 to Nicole R. Dupre at United States Attorney's Office at 101 S. Edgeworth St., 4th Floor, Greensboro, NC 27401 by Registered Mail Package No. RE 334 884 771 US Return Receipt Requested, with specific instructions that all responses

Page 1 of 4 - PROTEST

"COPY"

ABLE to be mailed back to me (Notary), with an Affidavit of Mailing enclosed.

ON June 9th, 2020 the record shows CARRIE Nichelle Lindsay mailed a Notice of Default and Opportunity To Cure and included copies of every document mailed from May 31st, 2020 once again, to Nicole R. Dupre at 101 S. Edgeworth St. 4th Floor, Greensboro, NC 27401 by Certified Mail Package No. 7017 3040 0000 9134 6016 Return Receipt Requested, with specific instructions. that All responses are to be mailed back to me (Notary), with an Affidavit of Mailing enclosed.

After Acceptance of both mailings, Nicole R. Dupre, for United States Attorney's Office, refused to send the confirmation that the Account for CASE No. (s) 1:19CR448-1, 1:19CR448-2 has been adjusted and settled, nor a Notice of Dishonor from a qualified third party excusing her refusal, in the ten (10) days following the second mailing.

Nicole R. Dupre, for United States Attorney's Office, did not cure her dishonor. She gave no reason for her refusal to confirm the Adjustment and settlement of the Account or send a Notice of Dishonor.

Page 2 of 4 - PROTEST

Therefore, based on the foregoing facts, I certify that Nicole R. Dupre, for United States Attorney's office, dishonored Zannie J. Lotharp, Carrie Michelle Lindsay, and me through her non-response and non-performance, and did thereby agree that Zannie J. Lotharp accepted the subject indictment(s) for case No.(s) 1:19CR448-1, 1:19CR448-2, returned the indictment(s) with related documents, exchanged his exemption for the discharge of the associated charges, presented an authorization for the use of his credit to set off all associated charges, included processing instructions, included a Private Registered Bonded Promissory Note, to assist in the discharging of these associated charges, included a statement of account showing a zero balance, and sent a letter of credit to Steve Mnuchin (Certified Mail No. 7018 1830 0000 2925 1191) Secretary of the Treasury, along with a copy of every document mailed to Nicole R. Dupre from May 31st, 2020, in the initial notice of Acceptance mailing, as notice that exemption No. 237511153 was being used to settle account No.(s) 1:19CR448-1, 1:19CR448-2.

Further Nicole R. Dupre agreed that her refusal to send the written confirmation of the settlement of account No.(s) 1:19CR448-1, 1:19CR448-2 or a notice

Case 1:23-cv-00576-LCB-LPA     Document 2     Filed 07/12/23     Page 42 of 84

of dishonor from a qualified third party, in no way negates the fact that said account is settled and closed, that her and the agency she represents have no capacity to pursue collection on said account, and that further pursuit of collection is agreement that Nicole R. Dupre and United States Attorney's Office collectively and severably owe ZANNIE JAY LOTHARP $4,000,000.00 for expenses for handling Nicole R. Dupre's presentment and that ZANNIE JAY LOTHARP may take all necessary steps to secure its claim to the debt owed to it and to collect.

Dated: 6 / 22 / 2020


Carrie Michelle Lindsay    (Autograph)
CARRIE Nichelle Lindsay - Third Party Witness

_____ (SEAL)
Notary Public

Kristy Nhia Vue Lee-Thao, Notary Public
204 W. North Street
Albemarle, NC 28001


VOID WHERE PROHIBITED BY LAW

Case 1:23-cv-00576-LCB-LPA    Document 2    Filed 07/12/23    Page 43 of 84

# AFFIDAVIT OF MAILING

State of North Carolina )

) ss.

County of Stanly )

"COPY"

I am over 18 years of age and not a party to the within action involving the papers I mailed:

CARRIE Nichelle Lindsay
c/o 820 Mill Street
Albemarle, NC [28001]

On the 22 day of June, 2020 I mailed one copy of the following:

1) Copy of Protest - 4 pages

a total of Four (4) pages mailed herewith, not including this **Affidavit of Mailing**, by USPS Certified Mail Package No. 7017 3040 0000 9134 6023 Return Reciept Requested, in a sealed **Legal**-size envelope with postage prepaid, properly addressed to

Pg. 1 of 2
Affidavit of Mailing

Nicole B. Dupre as follows:

Nicole R. Dupre
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401

I Declare under penalties of perjury under
the laws of the state of North Carolina that
the above is true, correct, and complete, and
that this Affidavit of Service was executed
on June 22, 2020 at Albemarle, North
Carolina.

Carrie Nichelle Lindsay (Autograph)
Carrie Nichelle Lindsay

_____ (Seal)
Kristy Nhia Vue Lee-Thao, Notary Public
Notary Public in and for said state of North Carolina
My Commission Expires:

2nd PROTEST  Exhibit - J"

RE: Acceptance by Zannie J. Lotharp of
Indictment(s) on Case No. 1:19CR448-1, 1:19CR448-2
ZANNIE JAY LOTHARP.

I, Kristy Nhia Vue Lee-Thao, AM the Notary who
verified Nicole R. Dupre's dishonor of Zannie J.
Lotharp Notice of Acceptance, for ZANNIE JAY
LOTHARP. I AM the Notary who verified Nicole R.
Dupre's dishonor of CARRIE Nichelle Lindsay's Notice
of Default And Opportunity To Cure in reference
to Zannie J. Lotharp's Notice of Acceptance, for
ZANNIE JAY LOTHARP. I AM also the Notary who
verified Nicole R. Dupre's dishonor of the Protest
issued by me to Zannie J. Lotharp. In this
2nd Certificate of Dishonor pursuant to state
law regarding evidence of dishonor, I certify the
following:

ON May 31st, 2020, the record shows CARRIE Nichelle
Lindsay mailed Zannie J. Lotharp's Notice of
Acceptance, for ZANNIE JAY LOTHARP; a
preauthorized Use of credit; a private Registered



Pg-1 of 5- PROTEST (SECOND)

bonded promissory note; a statement of account; and accepted attachments (Indictment, Superseding Indictment, Factual Basis, and Verdict) all dated May 14th, 2020 to Nicole R. Dupre at 101 S. Edgeworth St., 4th Floor, Greensboro, NC 27401 by Registered Mail Package No. RE 334 884 771 US Return Receipt Requested, with specific instructions that all responses are to be mailed back to me (Notary), with an Affidavit of Mailing Attached.

On June 9th, 2020, the record shows Carrie Nichelle Lindsay mailed a Notice of Default and Opportunity To Cure and included copies of every document mailed from May 31st, 2020 once again, to Nicole R. Dupre at 101 S. Edgeworth St., 4th Floor, Greensboro, NC 27401 by Certified Mail Package No. 7017 3040 0000 9134 6016 Return Receipt Requested, with specific instructions that all responses are to be mailed back to me (Notary), with an Affidavit of Mailing Attached.

On June 22nd, 2020, the record shows Carrie Nichelle

Lindsay mailed a Protest by me (Notary), with Carrie Nichelle Lindsay signed on as a third-party witness, along with myself (Notary), to Nicole R. Dupre at 101 S. Edgeworth St., 4th Floor, Greensboro, NC 27401 by Certified Mail Package No. 7017 3040 0000 9134 6023 Return Receipt Requested, with an Affidavit of Mailing attached.

After acceptance of all three (3) mailings, Nicole R. Dupre, for United States Attorney's Office, still refuses to send the confirmation that the Account for Case No. (s) 1:19 CR448-1, 1:19 CR448-2 has been adjusted and settled, nor a Notice of Dishonor from a qualified third party excusing her refusal in the days following this third mailing.

Nicole R. Dupre, for United States Attorney's Office, did not cure her dishonor. She gave no reason for her refusal to confirm the Adjustment and settlement of the account or send a Notice of dishonor. She has not adjusted the account and is keeping the account open and the charge in place.

Pg. 3 of 5 – Protest (Seconds)

Therefore, based on the foregoing facts, I certify that Nicole R. Dupre, for UNITED STATES ATTORNEY'S OFFICE, dishonored Zannie J. Lotharp, Carrie Nichelle Lindsay, AND ME (notary) through her NON-RESPONSE AND NON-PERFORMANCE AND did thereby AGREE that Zannie J. Lotharp ACCEPTED the subject indictments for CASE NO. (s) 1:19CR448-1, 1:19CR448-2, RETURNED the indictment with related document(s), exchanged his EXEMPTION for the discharge of the ASSOCIATED CHARGES, presented AN AUTHORIZATION for the use of his credit to set off All Associated charges, included processing instructions, included A private registered bonded promissory note to assist in the discharging of these ASSOCIATED charges, included a statement of Account showing A ZERO BALANCE, And sent A letter of credit to STEVE MNUCHIN (SECRETARY of the TREASURY) Along with A copy of every document mailed to Nicole R. Dupre, in the initial Notice of Acceptance mailing from MAY 31st, 2020, As notice that EXEMPTION NO. 237511153 was being used to settle Account No. (s) 1:19CR448-1, 1:19CR448-2.

Pg. 4 OF 5 - PROTEST (SECOND)

Further Nicole R. Dupre agreed that her refusal to send the written confirmation of the settlement of account No.(s) 1:19CR448-1, 1:19CR448-2, or a notice of dishonor from a qualified third party, in no way negates the fact that said account(s) is settled and closed, that her and the agency she represents have no capacity to pursue collection on said account(s), and that further pursuit of collection is agreement that Nicole R. Dupre and United States Attorney's Office collectively and severably owe ZANNIE JAY LOTHARP $4,000,000.00 (four million) USD for expenses of handling Nicole R. Dupre's presentment(s) (indictments, etc...) and that ZANNIE JAY LOTHARP may take all necessary steps to secure its claim to the debt owed to it and to collect.

Dated: 6 / 30 / 20

Carrie Michelle Lindsay ......... (Autograph)
CARRIE MICHELLE LINDSAY

Notary Public

Kristy Nhia Vue Lee-Thao, Notary Public
204 W. North Street
Albemarle, NC 28001

VOID WHERE PROHIBITED BY LAW

Pg. 5 of 5 - PROTEST (SECOND)

## AFFIDAVIT OF MAILING

STATE OF NORTH CAROLINA )

) ss.

COUNTY OF STANLY )

"COPY"

I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THE WITHIN ACTION INVOLVING THE PAPERS I MAILED:

CARRIE NICHELLE LINDSAY
820 MILL STREET
ALBEMARLE, NORTH CAROLINA [28001]

ON THE 30 DAY OF JUNE, 2020 I MAILED ONE (1) COPY OF THE FOLLOWING:

1) COPY OF 2ND PROTEST - FIVE (5) PAGES.

A TOTAL OF FIVE (5) PAGES MAILED HEREWITH, NOT INCLUDING THIS AFFIDAVIT OF MAILING, BY UNITED STATES POSTAL SERVICE CERTIFIED MAIL No. 7017 3040 0000 9134 6030 RETURN RECEIPT REQUESTED, IN A SEALED LEGAL-SIZE ENVELOPE WITH POSTAGE PREPAID, PROPERLY ADDRESSED TO NICOLE R. DUPRE AS FOLLOWS:

Pg. 1 of 2
Affidavit of Mailing

Nicole R. Dupre
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401

I Declare under penalties of perjury under
the laws of the state of North Carolina that
the above is true, correct, and complete, and
that this Affidavit of Service was executed
on the 30 day of ___June___, 2020 at
Albemarle, North Carolina.

Carrie Michelle Lindsay (Autograph)
CARRIE MICHELLE LINDSAY

_____(SEAL)
Keisty Nhia Vue Lee-Thao, Notary Public
Notary Public in and for said state of North Carolina
My Commission Expires: 1 /17 / 2023

Pg. 2 of 2
Affidavit of Mailing

Exhibit-L"

## NOTICE OF ACCEPTANCE TO THOMAS D. SCHROEDER

DIRECT RESPONSE TO:
Kristy Nhia Vue Lee-Thao, Notary Public
204 W. North Street
Albemarle, NC 28001

Mailed By:
Carrie Nichelle Lindsay

"COPY"

TO:
Thomas D. Schroeder
251 North Main Street
Winston-Salem, NC 27101

Date: 07 / 21 / 2020

RE: Complaint on Case No. (s) 1:19CR448-1
UNITED STATES OF AMERICA vs. ZANNIE JAY LOTHARP

Dear Thomas D. Schroeder,

Please take notice that I have
accepted the presentment(s) made by
Nicole B. Dupre to ZANNIE JAY LOTHARP
for assessed value and returned them to

Pg. 1 of 3
NOTICE OF ACCEPTANCE

the presenter in exchange for closure and settlement of Account No. (s) 1:19CR448-1. I have exchanged my exemption for a discharge of the charges. I enclosed an Authorization for her to use my credit to discharge all court charges that may apply. The instructions and a statement of Account were attached. I included a Private Registered Bonded Promissory Note. Steven Mnuchin (Secretary of the Treasury) has also been notified that I am using my credit for this purpose (Certified Mail Package No. 7018 1830 0000 2925 1191 Return Receipt Requested).

I request the "**Bond**" that bonds these charges or, in the alternative, produce the bona fide Assessment for the charges. I do not dispute the facts. Based upon the appearance of NO BOND of record on file and the absence of an Assessment and findings of fact and conclusions of law, settlement of the Account, both civil and criminal, has been done privately by exchanging my exemption for discharge

Pg. 2 of 3
NOTICE OF ACCEPTANCE

of the obligation by use of my PRIVATE TREASURY UCC Contract Trust Account No. 237511153.

I also request that I be notified through the Notary Addressed Above with the requested bona fide Audit trial which substantiates and supports the pending charges.

The parties have previously reached an agreement on the issues in the complaint. There is no controversy. A copy of the relevant certificate(s) are attached. I want settlement and closure of this Account(s) immediately.

SINCERELY,

By: Zannie J. Lotharp

Zannie J. Lotharp
C/o 201 North Church street
Winston-Salem, North Carolina
Phone: N/A
Email: N/A

Pg. 3 of 3
NOTICE OF ACCEPTANCE

"Exhibit - M"

# AFFIDAVIT OF MAILING

State of North Carolina )

) ss.

County of Stanly ) "COPY"

I am over 18 years of age and not a party to the within action involving the papers that I mailed; My Address is:

Carrie Nichelle Lindsay
c/o 820 Mill Street
Albemarle, North Carolina [28001]

On the ___10___ day of August, 2020 I mailed one copy of the following:

1) Notice of Acceptance to Thomas D. Schroeder - 3 pgs.

2) Bond - 2 pgs.

3) Copy of Protest - 4 pgs.

4) Copy of 2nd Protest - 5 pgs.

Pg. 1 of 2
Affidavit of Mailing (Thomas)

A total of fourteen (14) pages mailed herewith,
including all attachments (not including this
Affidavit of Mailing) by USPS certified mail
Package No. 7013 1090 0001 0543 3768 Return
Receipt Requested, in a sealed legal-size
manilla envelope with postage prepaid, properly
addressed to Thomas D. Schroeder as follows:

Thomas D. Schroeder
251 North Main Street
Winston-Salem, North Carolina 27101

I declare under penalties of perjury under the
laws of the state of North Carolina that the above is
true, correct, and complete, and that this Affidavit
of Service was executed on the ___10___ day of
August, 2020, at Albemarle, North Carolina.

Carrie Michelle Lindsay (Autograph)
Carrie Michelle Lindsay

_____ (Seal)
Kristy Nhia Yue Lee-Thao, Notary Public
Notary Public in and for said state of North Carolina
My Commission Expires: 1/12/2024

Instrument Type : UCC
Instrument # : 31294
Book/Page : 07772 / 0705-00710  Pages : 6
1st Grantor : ZANNIE JAY LOTHARP
1st Grantee : NICOLE R. DUPRE
Description:

Receipt # : 2020-575322
Date : 08/14/2020 11:32am
Document : 1 of 1

| Description | Qty | Unit Cost | Extended |
|---|---|---|---|
| UCC - 3 to 10 Pages | 1 | 45.00 | 45.00 |
| | | **Document 1** | **45.00** |
| | | Grand Total | 45.00 |
| | | Cash | -45.00 |
| | | Balance | 0.00 |



Exhibit - AJ

"Exhibit - D"

FILED
UNION COUNTY, NC
**CRYSTAL D. GILLIARD**
**REGISTER OF DEEDS**

| FILED | Aug 14, 2020 |
| AT | 11:32 am |
| BOOK | 07772 |
| START PAGE | 0705 |
| END PAGE | 0710 |
| INSTRUMENT # | 31294 |
| EXCISE TAX | (None) |
| CG | |

COPY

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
NICOLE R. DUPRE   (336)332-6315

B. E-MAIL CONTACT AT FILER (optional)
Nicole.DuPre@usdoj.gov

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

NICOLE R. DUPRE
101 S. Edgeworth Street, 4th Floor
GREENSBORO, NC 27401

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| LOTHARP | ZANNIE | JAY | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 2001 KINGSTREE DRIVE | MONROE | NC 28112 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| DUPRE | NICOLE | R. | |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 101 S. EDGEWORTH STREET | GREENSBORO | NC 27401 | US |

4. COLLATERAL: This financing statement covers the following collateral:

- The following property is entered into this register as collateral for a debt:
- All property held in the name of ZANNIE JAY LOTHARP, pledged as security for the debt that secured party claims is owed on account No. 1:19CR448-1, 1:19CR448-2, until such time as the claim is shown to have no validity.
- The value of the claim is purported to be established through an index associated with statue violations.
- In the event said claim is shown to have no validity, Debtor will terminate this financing statement.
- The Security Agreement supporting this financing statement is purported to be the superseding Indictment dated January 31st 2020, claiming a condition precedent.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☒ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
( SUPERSEDING Indictment dated JANUARY 31st 2020 Attached ) — 4 PAGES

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev 04/20/11)   International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| | 9a. ORGANIZATION'S NAME |
|---|---|
| OR | |
| | 9b. INDIVIDUAL'S SURNAME |
| | LOTHARP |
| | FIRST PERSONAL NAME |
| | ZANNIE |
| | ADDITIONAL NAME(S)/INITIAL(S)    JAY    SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 10b. INDIVIDUAL'S SURNAME | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME  **or**  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

| | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE    COUNTRY |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

| 13. ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in Item 16 (if Debtor does not have a record interest): | ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☒ is filed as a fixture filing |
| | 16. Description of real estate: |

**17. MISCELLANEOUS:**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SUPERSEDING |
| | : | |
| v. | : | |
| | : | |
| ZANNIE JAY LOTHARP | : | 1:19CR448-1 |
| Shonteya Christina Harris | : | 1:19CR448-2 |

The Grand Jury charges:

## COUNT ONE

From on or about October 19, 2018, continuing up to and including the present, the exact dates to the Grand Jurors unknown, in the County of Stanly, in the Middle District of North Carolina, and elsewhere, ZANNIE JAY LOTHARP, Shonteya Christina Harris, and divers other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate, and agree together and with each other to commit offenses against the laws of the United States, that is:

1. To knowingly, intentionally, and unlawfully distribute quantities of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1).

2. To knowingly, intentionally, and unlawfully distribute quantities of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

On or about October 19, 2018, in the County of Stanly, in the Middle District of North Carolina, ZANNIE JAY LOTHARP and Shonteya Christina Harris knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about January 15, 2019, in the County of Stanly, in the Middle District of North Carolina, ZANNIE JAY LOTHARP knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I

2

controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR

On or about January 23, 2019, in the County of Stanly, in the Middle District of North Carolina, ZANNIE JAY LOTHARP knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FIVE

On or about February 7, 2019, in the County of Stanly, in the Middle District of North Carolina, ZANNIE JAY LOTHARP and Shonteya Christina Harris knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance within the meaning of Title 21, United States Code,

3

Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and

(b)(1)(C); and Title 18, United States Code, Section 2.

DATED: January 31, 2020

MATTHEW G.T. MARTIN
United States Attorney

BY: NICOLE R. DUPRE
Assistant United States Attorney

BY: TANNER KROEGER
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

4

## AFFIDAVIT OF MAILING

State of North Carolina )

) ss.

County of STANLY )    ✓ COPY

I AM OVER 18 YEARS OF AGE AND NOT A PARTY to the within Action involving the papers I Mailed:

CARRIE Michelle Lindsay
c/o 820 Mill Street
Albemarle, North Carolina [28001]

ON the 8 day of Sept _____, 2020 I Mailed one copy of the following:

1) Copy of Receipt No. 2020-575322 - 1 page

2) Copy of Financing Statement And Security Agreement (superseding Indictment) filed 08/14/2020 - 6 pages

3) Notice And Affect of Failure To Respond - 5 pages

a total of twelve (12) pages Mailed herewith (not including this Affidavit of Mailing) with

Pg. 1 of 2 - Affidavit of Mailing

All attachments, by USPS Certified Mail Package No. 7013 1090 0001 0543 3805 Return Receipt Requested, in a sealed legal-size envelope with postage prepaid, properly addressed to Nicole R. Dupre as follows:

NICOLE R. DUPRE
101 S. Edgeworth St., 4th Floor
GREENSBORO, NC 27401

I declare under penalties of perjury under the laws of the State of North Carolina that the above is true, correct, and complete, and that this Affidavit of SERVICE was executed on the __8__ day of __Sept_____, 2020 At Albemarle, North Carolina.

Carrie, Nichelle Lindsay          (Autograph)
CARRIE Nichelle Lindsay

_____ (SEAL)
Kristy Nhia Vue Lee-Thao, Notary Public
Notary Public in and for said State of North Carolina
My Commission Expires: 1.17.2023

Pg. 2 of 2 - Affidavit of Mailing

"Exhibit - O"

DIRECT RESPONSE TO:
Kristy Nhia Vue Lee-Thao, Notary Public
204 W. North Street
Albemarle, NC 28001

FOR: ZANNIE JAY LOTHARP

COPY

TO: NICOLE R. DUPRE
101 S. Edgeworth St., 4th floor
Greensboro, NC 27401

DATE: 21, Sept

RE: Account # 1:19CR448-1 & 1:19CR448-2

I am a notary public for the state of
North Carolina. CARRIE Michelle Lindsay,
is a disinterested third-party, who is
to mail this Notice to you via USPS
Certified Mail Article No. 7013
1090 0001 0543 3812 Return Receipt
Requested.

Pg. 1 of 2
TERMINATION STATEMENT

Instrument Type : UCC
Instrument # : 37112
Book/Page : 07813 / 0756-00761  Pages : 6
1st Grantor : NICOLE R. DUPRE
1st Grantee : ZANNIE JAY LOTHARP
Description :

Receipt # : 2020-581724
Date : 09/18/2020 11:55am
Document : 1 of 1

| Description | Qty | Unit Cost | Extended |
|---|---|---|---|
| UCC - 3 to 10 Pages | 1 | 45.00 | 45.00 |
| | | **Document 1** | **45.00** |
| | | Grand Total | 45.00 |
| | | Cash | -50.00 |
| | | Balance | -5.00 |





ustomer Copy

FILED
UNION COUNTY, NC
**CRYSTAL D. GILLIARD**
**REGISTER OF DEEDS**

FILED          Sep 18, 2020
AT             11:55 am
BOOK           07813
START PAGE     0756
END PAGE       761A
INSTRUMENT #   37112
EXCISE TAX     (None)
CG

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

ZANNIE JAY LOTHARP
2001 KINGSTREE DRIVE
MONROE, NORTH CAROLINA
                          28112

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
INSTRUMENT # 31294

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☒ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| DUPRE | NICOLE | R. | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| Not Applicable | | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☒ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

The following property is being removed from the public record as collateral for an obligation on a claim made by the secured party that has been shown to be invalid:
All property held in the name of ZANNIE JAY LOTHARP, pledged as security for the debt that secured party claimed was owed and secured by FINANCING STATEMENT # 31294, and is hereby terminated.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| LOTHARP | ZANNIE | JAY | |

10. OPTIONAL FILER REFERENCE DATA
Declaration by Affidavit Attached - 6 pages

FILING OFFICE COPY -- UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

PLEASE find ENCLOSED A copy of the UCC-3 that terminated your interest in the property that was pledged as security for the debt you claimed was owed by ZANNIE JAY LOTHARP.

In the event you believe there is a defect(s) in the process that resulted in the termination of your interest in the subject property, you may present evidence of such defect(s) to me within ten (10) days of the date this Notice is postmarked, and I will forward it to ZANNIE JAY LOTHARP.

This the 2ʮ day of Sept ,2020.

Carrie Michelle Lindsay

CARRIE Nichelle Lindsay (Third-party witness)

_____ (SEAL)

Kristy Nhia Vue Lee-Thao, Notary Public
204 W. North St.
Albemarle, NC 28001

Pg. 2 of 2
TERMINATION STATEMENT

Zannie J. Lotharp
c/o 201 North Church Street
Winston-Salem, North Carolina [27101]

Date: 09/11/2020

State of North Carolina )
                         ) ss  Declaration by Affidavit
Forsyth County           )

Having been duly sworn, Affiant declares the following:

1. I, Zannie J. Lotharp, Affiant, am competent to state to the matters included in this declaration, has knowledge of the facts, and hereby declare that to the best of my knowledge, the statements made in this affidavit are true, correct, complete, and not meant to mislead, and are made under my full commercial liability.

2. On or about May 14th, 2020, I created and recorded a Notice of Acceptance regarding account # 1:19CR448-1 & 1:19CR448-2; a preauthorized use of credit; a private registered bonded promissory note; a

Pg. 1 of 6
Declaration by Affidavit

statement of account; and several accepted for value attachments (indictment, superseding indictment, factual basis, and verdict) and requested that Carrie Nichelle Lindsay, a third-party witness, mail a copy to Nicole B. Dupre at 101 S. Edgeworth Street, 4th floor, Greensboro, NC 27401 by Registered Mail package No. RE 334 884 771 US Return Receipt Requested with an affidavit of mailing attached as proof of service.

3. In said Notice of Acceptance, I requested that the Respondent send confirmation that the Account # 1:19 CR448-1 & 1:19 CR448-2 has been adjusted and settled to Kristy Nhia Vue Lee-Thao, Notary Public, thereby terminating the claim against the property of ZANNIE JAY KOTHARP, that was made or implied in the Respondent's presentment(s) dated January 31st, 2020; or send a Notice of Dishonor from a qualified 3rd party.

Pg. 2 of 6
Declaration by Affidavit

4. HAVING RECEIVED NO RESPONSE OR NO EVIDENCE of COMPLIANCE with MY REQUEST, I had CARRIE MICHELLE LINDSAY CREATE A Notice of Default And Opportunity to CURE in REFERENCE to MY Notice of Acceptance of Account # 1:19CR448-1 & 1:19CR448-2 AND REQUESTED that she MAIL this Notice of Default And Opportunity to CURE, Along with copies of the initial Notice of Acceptance, preauthorized use of credit, private registered bonded promissory Note, STATEMENT of Account, AND Accepted for Value Attachments once AGAIN, to Nicole B. Dupre At 101 S. Edgeworth Street, 4th floor, GREENSboro, NC 27401 by CERTIFIED MAIL package No. 7017 3040 0000 9134 6016 Return Receipt Requested, to give her Another opportunity to fulfill MY REQUEST, with AN Affidavit of MAILing Attached As proof of SERVICE.

5. SAID Notice of Default And Opportunity to CURE included MY initial REQUEST that the

Pg. 3 of 6
DECLARATION by Affidavit

Respondent mail her particular statement to the Notary Public if she had an excuse for not performing as I had requested in my initial Notice of Acceptance mailing.

6. On or about August 29th, 2020, I created and recorded a Notice and Affect of Failure to Respond regarding instrument No. RE 334 884 771 US received by Nicole B. Dupre on June 2nd, 2020 and requested that Carrie Michelle Lindsay, a third-party witness, mail a copy to Nicole B. Dupre at 101 S. Edgeworth Street, 4th Floor, Greensboro, NC 27401 by Certified Mail package No. 7013 1090 0001 0543 3805 Return Receipt Requested with an Affidavit of Mailing attached as proof of service.

7. In said Notice and Affect of Failure to Respond, I informed the Respondent that in consideration to settle the Account, that by me not receiving

Pg. 4 of 6
Declaration by Affidavit

Notice that the Account(s) has been Adjusted, I presumed one or more of the following situations to be true:

a) She applied the consideration to settle the Account;

b) She elected to cancel the debt;

c) The instrument tendered to her was in some manner defective in form or substance; And/or

d) She received the tendered instrument And have failed to ledger it to settle the Account(s).

8) I also informed the Respondent that her interest would be terminated if she failed to correct the error.

Further Affiant sayeth Not.

Pg. 5 of 6
Declaration by Affidavit

Principal

Signature: _Zan J. Lathary_

Date: _09/11-2020_

State of North Carolina

County of ___Forsyth_____

I, _____Denise Anderson_____ Notary Public, do hereby certify that
__Zannie Jay Lotharp___ personally known to me (or proved to me on the basis of satisfactory evidence)
to be the person whose name is subscribed to the within instrument and acknowledged to me that
he/she executed his/her authorized capacity, and that by his/her signature on the instrument the
person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal this ___11th_____ day of ____September_____, 20_20_____.

```
Denise Anderson
NOTARY PUBLIC
Forsyth County, NC
My Commission Expires Oct. 6, 2024
```

(Official Seal)

_Denise Anderson_

Official Signature of Notary

My commission expires: _Oct 6, 2024_

Pg. 6 of 6
Declaration by Affidavit

# AFFIDAVIT OF MAILING

North Carolina )
                    ) ss.
Stanly County   )                    COPY

I AM OVER 18 YEARS OF AGE AND NOT A PARTY to
the within transaction involving the papers
I mailed :

CARRIE Michelle Lindsay
c/o 820 Mill Street
Albemarle, North Carolina [28001]

On the 21 day of Sept_____, 2020
I mailed one (1) copy of the following :

1) TERMINATION STATEMENT  -  2 pgs.

2) Receipt No. 2020-581724      - 1 pg.

3) UCC-3 with Declaration by Affidavit
   Attached  -  7 pgs.

A total of ten (10) pages mailed herewith,
including all attachments (not including this
Affidavit of Mailing ) by USPS Certified

Pg. 1 of 2
Affidavit of Mailing

MAIL PACKAGE NO. 7013 1090 0001 0543 3812
RETURN RECEIPT REQUESTED, IN A LEGAL-SIZE
ENVELOPE WITH POSTAGE PREPAID, PROPERLY
ADDRESSED TO NICOLE B. DUPRE AS FOLLOWS:

NICOLE B. DUPRE
101 S. EDGEWORTH ST., 4th FLOOR
GREENSBORO, NC 27401

I DECLARE UNDER PENALTIES OF PERJURY UNDER
THE LAWS OF THE STATE OF NORTH CAROLINA THAT
THE ABOVE IS TRUE, CORRECT, AND COMPLETE, AND
THAT THIS AFFIDAVIT OF SERVICE WAS EXECUTED
ON THE 4 DAY OF SEPT _____,2020
AT ALBEMARLE, NORTH CAROLINA.

Carrie Nichelle Lindsay
CARRIE NICHELLE LINDSAY

_V̇_____ (SEAL)
KRISTY NHIA VUE LEE-THAO, NOTARY PUBLIC
NOTARY PUBLIC IN AND FOR SAID STATE OF NORTH CAROLINA
MY COMMISSION EXPIRES: 1 / 17 / 2023

Pg. 2 of 2
Affidavit of Mailing

When Recorded, Mail To:
Zannie J. Lotharp
c/o 201 North Church Street
Winston-Salem, North Carolina [27101]

"COPY"

Date: 10/03/2020

Carrie Nichelle Lindsay
820 Mill Street
Albemarle, North Carolina [28001]

For: ZANNIE JAY LOTHARP

To: NICOLE R. DUPRE
    101 S. Edgeworth Street
    4th floor
    Greensboro, NC 27401

Re: Account No.(s) 1:19CR448-1 &
    1:19CR448-2

## CONFIRMATION LETTER

Thank you for your Agreement
that there is no defect in the
process that lead to the
termination of your interest in
the property that was

Pg. 1 of 2 - Confirmation Letter

pledged as collateral for the claim you made against ZANNIE JAY LOTHARP.

ACKNOWLEDGEMENT IS HEREBY GIVEN confirming that, NICOLE B. DUPRE has AGREED there is NO such defect.

DONE By The Light of DAy October Third, in the YEAR of our LORD TWO - thousand AND TWENTY A.D.

ZANNIE JAY LOTHARP

OWNER: Zannie J. Lotharp
By Zannie J. Lotharp

Pg. 2 of 2 - CONFIRMATION LETTER

## AFFIDAVIT OF MAILING

State of North Carolina )
                        )  ss.
County of Stanly        )

~ COPY

I am over 18 years of age and not a party to the within action involving the papers I mailed. My name and address is as follows:

Carrie Nichelle Lindsay
c/o 820 Mill Street
Albemarle, North Carolina [28001]

On the 2 day of Nov , 2020, I mailed one (1) copy of the following:

1) "Copy" of Confirmation Letter with an Original Autograph - 2 pages

A total of Two (2) pages mailed herewith, including all attachments (not including this Affidavit of Mailing) by USPS Certified Mail Package No. 7013 1090 0001

Pg. 1 of 2
Affidavit of Mailing

CERTIFIED MAIL NO. 7013 1090 0001 0543 3867 RRR

0543 3867 RETURN RECEIPT REQUESTED, IN A SEALED LEGAL-SIZE ENVELOPE WITH POSTAGE PREPAID, PROPERLY ADDRESSED TO NICOLE B. DUPRE AS FOLLOWS:

NICOLE B. DUPRE
101 S. EDGEWORTH STREET, 4TH FLOOR
GREENSBORO, NC 27401

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE STATE OF NORTH CAROLINA THAT THE ABOVE IS TRUE, CORRECT, AND COMPLETE, AND THAT THIS AFFIDAVIT OF SERVICE WAS EXECUTED ON THE 2 DAY OF NOV 2020 AT ALBEMARLE, NORTH CAROLINA.

Carrie Michelle Lindsay    (AUTOGRAPH)
CARRIE NICHELLE LINDSAY



_____ (SEAL)
KRISTY NHIA VUE LEE-THAO, NOTARY PUBLIC
NOTARY PUBLIC IN AND FOR SAID STATE OF NORTH CAROLINA
MY COMMISSION EXPIRES: 1 / 17 / 2023

Pg. 2 of 2
AFFIDAVIT OF MAILING

TRULINCS 35081057 - LOTHARP, ZANNIE JAY - Unit: BEN-B-D

---------------------------------------------------------------------------------------------------

FROM: 35081057
TO:
SUBJECT: AFFIDAVIT OF MAILING
DATE: 07/09/2023 11:42:45 AM

\*

### AFFIDAVIT OF MAILING

I am over 18 years of age and not a party to the within transaction:

Zannie J. Lotharp
C/O 696 Muckerman Road
Bennettsville, South Carolina [29512]

On the 10th day of July, 2023, I mailed one (1) copy of the following:

1) CIVIL COVER SHEET - 2 Pgs.

2) APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (LONG FORM) - 5 Pgs.

3) COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES THE PLAINTIFF A SUM OF MONEY -

6 Pgs.

4) ATTACHMENTS (EXHIBITS A - V) - 61 Pgs.

A total of Seventy-four (74) pages mailed herewith, including all attachments (not including this Affidavit of Mailing), by

UNITED STATES POSTAL SERVICES, Certified Mail Package No. 7018 1130 0000 7465 2575, in a Legal-size envelope,

postage pre-paid, properly addressed to JOHN S. BRUBAKER as follows:

JOHN S. BRUBAKER, CLERK
324 WEST MARKET STREET, ROOM 401
GREENSBORO, NORTH CAROLINA 27401

I declare under the pain of penalty of perjury under the laws of the State of South Carolina that the above is true, correct,

and complete, and that this 'Affidavit of Service' was executed on the 10th day of July, 2023 at Bennettsville, South

Carolina.

By:
Zannie J. Lotharp
C/O 696 Muckerman Road
Bennettsville, South Carolina [29512]

237511153

07/10/2023

By: